

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALDINE M. JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-1696** |
| **JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "F" (3)** |

### O R D E R

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 25th day November, 2005.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```